U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUL 18 2018
LAWRENCE K. BAERMAN, CLERK
ALBANY

Court Clerk

7-16-18

Could you please send me a copy of the paperwork to file a motion to aply for a felief of my sentenceing.

Edward A Leon 21669-052
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

Docket # 1:14-cr-412-1
District: 0206-5

Thank You

Edward A Leon

Edward Leon 21669-052
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

TRENTON NJ 085
16 JUL 2018 PM 5 L

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
JUL 18 2018
LAWRENCE K. BAERMAN, CLERK
ALBANY

Clerk, U.S. District Court
Attn: Me T. Foley U.S. Courthouse
445 Broadway - Room 509
Albany, NY 12207-2936

12207-294899